1   COURTNEY J. LINN (STATE BAR NO. 148855)
    clinn@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
3   Sacramento, CA  95814
    Telephone:     916-329-4946
4   Facsimile:     916-329-4900

5   GEORGE S. CARY (STATE BAR NO. 73858)
    gcary@cgsh.com
6   CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2000 Pennsylvania Avenue, NW
7   Washington, DC 20006
    Telephone:     202-974-1920
8   Facsimile:     202-974-1999

9   Attorneys for Defendant Keurig Green Mountain, Inc.
    (f/k/a Green Mountain Coffee Roasters, Inc. and as
10  Successor to Keurig, Incorporated)

11                          UNITED STATES DISTRICT COURT

12                        EASTERN DISTRICT OF CALIFORNIA

13                              SACRAMENTO DIVISION

14

15  JBR, INC. (D/B/A ROGERS FAMILY          Case No. 2:14-cv-00677-KJM-CKD
    COMPANY),
16                                          NOTICE OF REQUEST AND
                  Plaintiff,                REQUEST TO SEAL DOCUMENTS
17                                          AND FILE REDACTED VERSIONS
            v.                              AND ORDER
18
    KEURIG GREEN MOUNTAIN, INC. (F/K/A      Date: May 7, 2014
19  GREEN MOUNTAIN COFFEE ROASTERS,         Time: 10:00 am
    INC. AND AS SUCCESSOR TO KEURIG,        Room: Courtroom 24, 8th Fl.
20  INCORPORATED)                           Magistrate Judge: Hon. Carolyn Delaney
21                Defendant.

22

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

<u>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND FILE**</u>

<u>**REDACTED VERSIONS**</u>

**PLEASE TAKE NOTICE THAT** Defendant Keurig Green Mountain, Inc. ("Keurig") hereby submits this Notice of Request and Request to Seal Documents and File Redacted Versions pursuant to Local Rules 140 and 141.  Keurig requests that the Court order sealed the unredacted version of Keurig's Opposition to Plaintiff's Motion for Expedited Discovery Related to Plaintiff's Motion for Preliminary Injunction ("Opposition") and authorize Keurig to redact the Opposition as described below.

This Opposition contains statements that quote and paraphrase documents that Plaintiff JBR, Inc., d/b/a/ Rogers Family Company ("Rogers") has requested this Court order sealed ("Statements").  *See* ECF No. 18.  Rogers has represented that these documents contain "confidential and sensitive information related to Rogers' ongoing business operations.  Public disclosure of such information would cause harm to Rogers, including but not limited to providing Rogers' competitors, customers and potential customers with an unfair advantage." *Id.*  Keurig has redacted the Statements from its Opposition.

The Court may exercise supervisory discretion in sealing court documents and preventing public inspection.  *See generally Nixon v. Warner Communications, Inc.*, 435 U.S. 589 (1978).  Although a common law right to inspect judicial records is recognized, it is not absolute.  *Id.* at 597-98.  The interest advanced by the parties must be weighed in light of the "public interest and the duty of the courts." *Id.* at 602.

For these reasons, Keurig requests that the Court find good cause exists to seal its unredacted Opposition and authorize Keurig's redaction of the above-referenced Statements.  Counsel for Defendant has met and conferred with Counsel for Plaintiff regarding this Request and Plaintiff has no objection to the Opposition being filed under seal or to Keurig's redaction of the Statements in the Opposition.

Keurig has submitted this Notice, Request to Seal, Proposed Order, and redacted and unredacted version of the document sought to be sealed to the Court via electronic mail and has

1    served Plaintiff with copies of these documents via electronic mail pursuant to an agreement

2    between the parties.

3

4    Dated: April 23, 2014                    GEORGE S. CARY
                                              CLEARY GOTTLIEB STEEN & HAMILTON
5                                             LLP

6
                                              By:  */s/ George S. Cary as authorized on 4/23/14*
7                                                        George S. Cary

8

9                                             COURTNEY J. LINN
                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
10

11
                                              By:  */s/ Courtney J. Linn*
12                                                       Courtney J. Linn

13

14                                            Attorneys for Defendant Keurig Green
                                              Mountain, Inc. (f/k/a Green Mountain
15                                            Coffee Roasters, Inc. and as Successor to
                                              Keurig, Incorporated)
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REQUEST AND REQUEST TO SEAL
DOCUMENTS AND FILE REDACTED VERSIONS
2:14-CV-00677-KJM-CKD

1  **[PROPOSED] ORDER**

2          The Court, having considered Defendant Keurig Green Mountain, Inc.'s ("Keurig's")

3  Notice of Request and Request to Seal Documents and File Redacted Versions, hereby rules as

4  follows.

5          IT IS SO ORDERED that Keurig's request to file a redacted version of its Opposition to

6  Plaintiff's Motion for Expedited Discovery Related to Plaintiff's Motion for Preliminary Injunction

7  with an unredacted version of the document filed under seal is GRANTED.

8

9  Dated:  April 25, 2014

10                                          _____
                                            CAROLYN K. DELANEY
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REQUEST AND REQUEST TO SEAL
DOCUMENTS AND FILE REDACTED VERSIONS
2:14-CV-00677-KJM-CKD