Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel.  650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Daniel Johnson, Jr.**
Partner
415.442.1392
djjohnson@morganlewis.com


June 5, 2014

**Via ECF**

Hon. Kimberly J. Mueller
Robert T. Matsui Federal Courthouse
501 I Street, Suite 4-200
Sacramento, CA 95814

Re:    *JBR, Inc. v. Keurig Green Mountain*,
       Case No. 2:14-cv-00677-KJM-CKD (E.D. Cal.)

Dear Judge Mueller:

On June 3, 2014, the Judicial Panel on Multidistrict Litigation issued an order transferring this case to the Southern District of New York for coordinated or consolidated pretrial proceedings. A copy of that order is attached as Exhibit A.

Yours sincerely,


/s/ Daniel Johnson, Jr.